UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | Case No. 14-cv-02701-TEH |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANTS' REQUEST FOR STAY** |
| JANRUS, INC., et al., | |
| Defendants. | |

Defendants have requested a stay and other proceedings pursuant to California Civil Code section 55.54. However, they have presented no basis for applying a California procedural rule to these federal proceedings. Accordingly, Defendants' request is DENIED. The parties shall follow the procedure set forth in this Court's General Order 56 and the June 11, 2014 scheduling order in this case.

**IT IS SO ORDERED.**

Dated:   09/04/14

_____
THELTON E. HENDERSON
United States District Judge