1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani
6



7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 ROBERT KALANI,                          )  No.  3:14-cv-02701-TEH
                                           )
12         Plaintiff,                      )  **STIPULATION FOR DISMISSAL OF**
                                           )  **ACTION**
13     vs.                                 )
                                           )
14 JANRUS, INC. dba CASPER'S HOT DOGS,     )
   et al.,                                 )
15                                         )
                                           )
16         Defendants.                     )
                                           )
17 _____)

18

19         IT IS HEREBY STIPULATED by and between Plaintiff ROBERT KALANI and

20 Defendants JANRUS, INC. dba CASPER'S HOT DOGS; ASBEK, INC. dba CASPER'S HOT

21 DOGS; MARGIE DORIAN, Trustee of the MARGIE DORIAN TRUST, established pursuant

22 to the terms of the Sarah Beklian Living Trust dated September 27, 1990; MARGIE DORIAN,

23 Trustee of the JUDY SHARAFIAN TRUST, established pursuant to the terms of the Sarah

24 Beklian Living Trust dated September 27, 1990; MARGIE DORIAN, Successor Trustee of the

25 1983 DORIAN TRUST; MARGIE DORIAN, Trustee of the DORIAN 1983 FAMILY TRUST

26 A; JUDY SHARAFIAN; JACK DORIAN, Trustee of the JACK DORIAN LIVING TRUST

27 dated January 15, 1991; RONALD LEON DORIAN, Trustee of the RONALD LEON

28 DORIAN LIVING TRUST dated September 2, 2003; BRIAN MICHAEL SHARAFIAN;

1  STEVEN MICHAEL SHARAFIAN; DERRICK MICHAEL SHARAFIAN; THE HYEM
2  PARTNERSHIP, the parties to this action, by and through their respective counsel, that
3  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is
4  hereby dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and
5  costs.

Date: October 14, 2014                            MOORE LAW FIRM, P.C.

                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff
                                                  Robert Kalani

                                                  GORDON & REES LLP


                                                  */s/ Stephanie A. Butori*
                                                  Stephanie A. Butori
                                                  Attorneys for Defendants
                                                  JANRUS, INC. dba CASPER'S HOT DOGS;
                                                  ASBEK, INC. dba CASPER'S HOT DOGS;
                                                  MARGIE DORIAN, Trustee of the MARGIE
                                                  DORIAN TRUST, established pursuant to the
                                                  terms of the Sarah Beklian Living Trust dated
                                                  September 27, 1990; MARGIE DORIAN, Trustee
                                                  of the JUDY SHARAFIAN TRUST, established
                                                  pursuant to the terms of the Sarah Beklian Living
                                                  Trust dated September 27, 1990; MARGIE
                                                  DORIAN, Successor Trustee of the 1983 DORIAN
                                                  TRUST; MARGIE DORIAN, Trustee of the
                                                  DORIAN 1983 FAMILY TRUST A; JUDY
                                                  SHARAFIAN; JACK DORIAN, Trustee of the
                                                  JACK DORIAN LIVING TRUST dated January
                                                  15, 1991; RONALD LEON DORIAN, Trustee of
                                                  the RONALD LEON DORIAN LIVING TRUST
                                                  dated September 2, 2003; BRIAN MICHAEL
                                                  SHARAFIAN; STEVEN MICHAEL
                                                  SHARAFIAN; DERRICK MICHAEL
                                                  SHARAFIAN; THE HYEM PARTNERSHIP